# EXHIBIT K

THE SECRETARY OF EDUCATION
WASHINGTON, DC 20202

August 19, 2025

Michelle C. Reid
Division Superintendent
Fairfax County Public Schools
8115 Gatehouse Road
Falls Church, VA 22042
Sent via email to superintendent@fcps.edu

Re: High Risk Designation and Specific Conditions on Grants

Dear Superintendent Reid,

This letter is to inform you that the U.S. Department of Education (Department) has designated Fairfax County Public School District as a "high-risk" entity, under all of the programs administered by the Department for which your division receives funds, in accordance with 2 C.F.R. §§ 200.208 and 3474.10, for the reasons discussed below. This follows the Department's July 25, 2025, Title IX noncompliance findings and proposed resolution agreement. On August 15, 2025, your division refused to sign the resolution agreement sent to you by the Office for Civil Rights (OCR) and remains in noncompliance with Title IX.

In this letter, we delineate the nature of our concerns with your division's administration of these grants; the reasons the information provided to the Department up to now by your division does not address these concerns; our determination to designate your division as a Department-wide "high-risk" entity; and the specific conditions we are imposing on all grants your division is receiving from the Department.

BACKGROUND

As you are aware, the U.S. Department of Education generously granted an extension for your school division (your division) and four other school divisions in Virginia to come into compliance with Title IX of the Educational Amendments of 1972 (Title IX), and related requirements. Unfortunately, the additional time did not result in a successful outcome in compliance with federal law.

On August 15, 2025, your division stated it does not intend to make the necessary policy changes to come into compliance with Title IX.

It is the Department's fiduciary duty to ensure taxpayer dollars are not being spent on illegal

Page 2

activity. Therefore, the Department is designating your division as a Department-wide "high-risk" entity and placing specific conditions on your division's use of funds in all grants it receives from the Department.

The Department's prior communications with your division identified systemic organization-wide concerns regarding lack of compliance with applicable law as your assurances for receiving the grant funds had indicated. Thus, the Department is concerned with your division's inability to administer and/or manage Department grants properly with appropriate controls in place. These concerns are with all grants your division currently receives, administers, or manages.

In addition, the Department is identifying all the State-administered funds your division receives as a subgrantee from the Virginia Department of Education and any other State division, including under Title I of the Elementary and Secondary Education Act of 1965, as amended, and the Individuals with Disabilities Education Act. The Department expects to urge those entities to take similar actions to those being taken by the Department with regard to those funds. Representatives of the Virginia Department of Education have already agreed to take those steps.

Due to the sizable amount of Federal grant funds that are provided to your division, and concerns discussed in this letter, the Department will place all of your division's grants on reimbursement payment status until your division demonstrates to the Department's satisfaction that the following High-Risk Specific Conditions, specified below, are fully met, and that proper measures to address the problems noted in this letter are taken and are working well for a sustained period of time.

I.      YOUR DIVISION's DESIGNATION AS "HIGH-RISK"

Given these serious and deeply systemic concerns, the Department is taking immediate action to help safeguard public funds with regard to your division's activities with the Department's grants in accordance with statutory and regulatory requirements and the terms of approved grant applications, and with grants for which your division is a primary grantee or subgrantee.

The Department is designating your division as a "high-risk" entity in accordance with 2 C.F.R. §§ 200.208 and 3474.10. As part of this "high-risk" designation, we are imposing High-Risk Specific Conditions (noted below) on all of your division's grants. In making this determination and designation, the Department has taken into consideration several factors (some of which are mentioned above), which include, but are not limited to:

- the possible magnitude of the potential gross mismanagement of public funds while violating applicable laws;
- the improper organizational management and operations that led to the problems discussed above;

Page 3

- and
- concerns regarding your division's lack of proper controls.

II.	HIGH RISK SPECIFIC CONDITIONS

Your division's grants and subgrants from the Department are being placed on a reimbursement method of payment. Under this specific condition, your division will, when it submits a request to drawdown funds for a particular obligation it intends to charge to a Department grant, submit to the Department or the appropriate State division detailed documentation establishing that the expenditure in question can be allowably charged to the grant and has already been paid for by your division with non-Federal funds.

In addition, within 30 days of the date of this letter:

1. Your division must submit plans for compliance with all federal laws, and provide detailed information that identifies and discusses the steps your division will take to ensure that grant funds will be spent in accordance with all appliable laws (this could include committing to implementing the resolution agreement sent to your division on July 25, 2025, with OCR's findings);

2. Your division must submit a corrective action plan (as noted above, this could include committing to implement the OCR resolution agreement) that shows all steps taken to be in compliance with the applicable laws and assurances, that compliance will be properly maintained, that includes a proposed schedule to monitor the implementation of the corrective actions, and, if appropriate, a schedule of when the corrective actions will be completed and by whom (the responsible division representative).  If deemed necessary, the Department may require additional actions to be included in the plan.

The objectives of these specific conditions are to ensure that your division establishes the policies, procedures, and personnel in place to manage its grants and subgrants properly, including adherence to all pertinent federal civil rights laws that apply to your division's grants and subgrants. The Department may impose additional or modified specific conditions at any time through a subsequent letter.  If your division is unable to satisfactorily address these concerns, the Department will consider additional enforcement actions, including the possible termination of all or some of the Department's grants, and may require the recovery of funds.

III.	REMOVAL OF REIMBURSEMENT, HIGH-RISK CONDITIONS AND HIGH-RISK DESIGNATION

The reimbursement specific condition will remain in place until the Department has (1) determined that your division has put into place adequate corrective actions, which could include actions laid out in the OCR proposed resolution agreement, and (2) concluded that the corrective actions have been working appropriately for a period of time that reasonably demonstrates assurance of effective compliance.

Page 4

IV.     REQUEST FOR RECONSIDERATION

Consistent with 2 C.F.R. § 200.208(d)(5), your division may request reconsideration of its designation as "high-risk", and the specific conditions set forth in this letter, by submitting a written request for reconsideration within ten business days of the date of this letter. Any request for reconsideration must be submitted via e-mail to Lindsey Burke of the Department, at lindsey.burke@ed.gov. In a request for a reconsideration, you should include appropriate supporting documentation.

The Department remains committed to working with your division to help with the positive resolution of these concerns. Lindsey Burke is available to answer any questions on the High-Risk Specific Conditions, as well as to help facilitate any necessary support or assistance regarding the status of your grants or subgrants from the Department.

Sincerely yours,

Linda E. McMahon

CC: Emily Anne Gullickson, Virginia State Superintendent