IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FAIRFAX COUNTY SCHOOL BOARD,           )<br>                                                                 )<br>                           *Plaintiff,*                     )<br>                                                                 )<br>           v.                                                 )<br>                                                                 )<br>LINDA McMAHON, in her official capacity )<br>as Secretary of Education of the United     )<br>States, and the UNITED STATES             )<br>DEPARTMENT OF EDUCATION,             )<br>                                                                 )<br>                           *Defendants.*                 ) | Civil Action No. 25-cv-01432 |

## DECLARATION OF LEIGH BURDEN

I, Leigh Burden, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Leigh Burden, and I am Chief Financial Officer of Fairfax County Public Schools ("FCPS"). Unless otherwise indicated, I have personal knowledge of the matters set forth herein and would be competent to testify to those matters if called upon to do so.

2. For fiscal year 2026, FCPS expects to receive $160,591,512 in federal funding from various government agencies, including the Department of Education ("DOE"), which supports 667.6 positions, majority of which are school-based and in direct support of students.

3. FCPS receives most of this federal aid by submitting grant applications to the relevant government agencies. Once the agency reviews and approves the application and awards the grant, the money becomes available and may be accounted for in FCPS's annual budget. All of FCPS' grant applications required compliance with the Elementary and Secondary Education Act ("ESEA") and General Education Provisions Act ("GEPA"). FCPS believes we are in

compliance with the law and none of the applications required FCPS to comply with DOE's interpretation of Title IX to receive funding.

4. Almost all of the funds that FCPS receives from federal agencies are provided on a reimbursement basis. Once FCPS's grant application is approved, FCPS submits for reimbursement on a yearly, monthly, bi-monthly basis or pursuant to a particular schedule. On average, FCPS receives approximately $17 million in reimbursements from federal agencies each month, much of which comes from DOE.

5. In fiscal year 2026, FCPS expects to receive the following in federal funds from DOE:

   a. $40,531,682 in Individuals with Disabilities Education Act ("IDEA") aid, which funds special education and related services as FCPS is required to provide by law. This funding is passed through the Virginia Department of Education ("VDOE") to FCPS. FCPS is reimbursed on a monthly basis.

   b. $35,446,615 in Title I Part A aid, which provides financial assistance to local educational agencies and schools with high numbers or high percentages of children from low-income families to help ensure that all children meet challenging state academic standards. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a monthly basis.

   c. $4,536,536 in Title III aid, which supports ELLs and immigrant students in the United States to become proficient in English and meet state academic standards. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a monthly basis.

d. $3,302,657 in Title II Part A aid, which provides funding to increase student achievement consistent with the challenging state academic standards, improve the quality and effectiveness of teachers, principals, and other school leaders, increase the number of teachers, principals, and other school leaders who are effective in improving student academic achievement in schools, and provide low-income and minority students greater access to effective teachers, principals, and other school leaders. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a monthly basis.

e. $3,297,944 in Federal Impact Aid, which provides assistance local school districts that educate federally connected children and have lost a portion of their local tax base because of federal ownership of property. This funding comes directly from the federal government and is received in December, April, and May.

f. $2,870,120 in Title IV – Part A aid, which provides financial assistance to local educational agencies and schools with high numbers or high percentages of children from low-income families to help ensure that all children meet challenging state academic standards. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a monthly basis.

g. $2,022,877 in Perkins aid, which is a federal grant program designed to provide funding to schools to improve and expand their career and technical education ("CTE") programs, often by supporting equipment purchases, teacher training, work-based learning opportunities, and career guidance programs. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a monthly basis.

h. $2,004,090 in ACE Adult English for Speakers of Other Languages ("ESOL") aid, which supports adult education and literacy programs with the goal of helping adults gain the skills they need to be productive citizens, family members, and workers. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a quarterly basis.

i. $914,844 in IDEA Preschool aid, which allows infants and toddlers with disabilities and their families to receive early intervention services under IDEA. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a monthly basis.

j. $750,000 in Federal Impact Aid for Children with Disabilities – Disabled Students, which provides assistance local school districts that educate federally connected children with disabilities and have lost a portion of their local tax base because of federal ownership of property. This funding comes directly from the federal government. FCPS is reimbursed once a year.

k. $204,678 in Corrections Education and Other Institutionalized Individuals Program aid, which requires regional providers to offer correctional education instruction that conforms to the federal purpose and allowable activities of this funding opportunity to support educational services for criminal offenders in correctional institutions and for other institutionalized individuals. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a quarterly basis.

l. $100,000 in ACE English Literacy and Civics Education Program aid, that enables adult English Language Learners ("ELL") increase their proficiency in reaching, writing, and comprehension skills in English and mathematics in order to understand and navigate American systems of government, individual freedom, and

      responsibilities of citizenship. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a quarterly basis.

   m. $37,630 in Federal Special Education Hearing Appeal aid, which helps offset the costs associated with special education due process hearings which are guaranteed by federal and state law and are used to resolve disagreements between parents and FCPS over issues related to special education services. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a monthly basis.

   n. $150,000 in McKinney-Vento aid, which provides support for students experiencing homelessness. This aid supports case management/navigation assistance for newcomers to the U.S who are also experiencing homelessness and funds basic needs assistance, tutoring support, school supplies, housing stipends, and transportation and funds professional development for staff members and central registration staff to assist students who are experiencing homelessness. This funding is passed through VDOE to FCPS. FCPS is reimbursed on a monthly basis.

   o. $25,000 in interpreter training program aid. This funding is passed through VDOE to FCPS. FCPS is reimbursed on October 30, 2025.

6. In fiscal year 2026, FCPS expects to receive the following funding from other government agencies, which are passed through VDOE:

   a. $52,896,720 in National School Lunch aid from the U.S. Department of Agriculture ("USDA"), which provides funding to school divisions to assist with providing nutritionally balanced meals to students each day including salaries and benefits of FCPS staff who work in food services, funds food and drink purchases and

    materials and supplies, and ensures FCPS can provide free or reduced-priced meals to its low-income students. FCPS is reimbursed on a monthly basis.

  b. $3,303,983 in Medicaid funding from the U.S. Department of Health and Human Services ("HHS"), which reimburses FCPS for partial costs associated with providing medical services to children enrolled in Medicaid or Virginia's Family Access to Medical Insurance Security Plan. FCPS is reimbursed on a monthly basis as well as quarterly.

  c. $1,501,721 in USDA Summer Reimbursement aid, which provides breakfast and lunch reimbursements related to the Summer Food Service Program. FCPS is reimbursed in July, September or October and May or June.

  d. $6,132,630 in USDA Commodities aid, which is an annual entitlement payment for participating in the USDA Commodity Letters of Credit/Cash Program. FCPS is reimbursed on a monthly basis.

  e. $561,785 in Child and Adult Care Food Program ("CACFP"), which provides reimbursements for nutritious meals and snacks to eligible children who are participating in afterschool care programs and enrolled in day care facilities. CACFP contributes to the wellness, healthy growth, and development of young children and adults in the United States. FCPS is reimbursed on a monthly basis.

7.  FCPS has never received any warnings from the federal government or VDOE indicating that it has mismanaged its funding such that it should be on notice that a federal agency may designate FCPS as a "high-risk" entity.

8.  FCPS employs a grant management team, an outreach and compliance team, a financial accounting and reporting team, and an independent Office of Auditor General.

a. FCPS' Grants Management team is comprised of 2.5 positions and identifies and communicates grant opportunities, assists with writing grant proposals, manages the application process to ensure granting agencies' deadlines and requirements are met, writes and obtains letters of support, develops creative partnerships with other organizations to obtain grants, and submits proposals on behalf of the division. In addition, once a grant is awarded a unique code is created in the financial system that segregates programmatic budget and expenditures associated with the grant award. Budget adjustments are monitored and must go through the program team, and a centralized budget analyst for processes ensuring proper checks and balances are in place.

b. FCPS' Office of the Auditor General independently determines whether the ongoing processes for controlling fiscal and administrative operations throughout FCPS are adequately designed, functioning in an effective manner, and fully accountable to its citizens. The office is comprised of 8.0 positions and is responsible for conducting audits and management advisory services and evaluating FCPS activities, programs, and services.

c. FCPS' financial account and reporting team coordinates the annual independent audit which culminates in the publication of the Annual Comprehensive Financial Report. Additionally, this team is responsible for preparing federal and state-mandated financial reports, developing division wide financial policies and procedures to protect FCPS' assets, ensuring reliable financial data; and meeting statutory responsibility for the conduct of financial operations.

d. FCPS' outreach and compliance team monitor internal controls throughout FCPS, strives to reduce non-compliance by identifying and assessing internal control deficiencies, and develops, upholds, and ensures compliance with division wide financial policies and procedures. The core principles include efficient review of policies and guidelines, communication of standards, internal monitoring and analysis of business areas, follow-up, and education. The financial accounting and reporting and outreach and compliance team consists of 14.7 positions that support these functions. In addition, FCPS staff within the comptrollers, budget, and procurement offices are trained to ensure compliance with federal law and proper tracking, monitoring, and payments for grants.

9. Over the past 3 years, which is the federal requirement for records retention, FCPS has never received a negative audit. FCPS follows The Single Audit Act, which is an audit of non-Federal entity's financial statements and of its expenditures of Federal awards, conducted in accordance with Generally Accepted Government Auditing Standards ("GAGAS") and is a requirement of the Uniform Guidance. FCPS has received a clean opinion on the annual external single audits for the past decade.

10. In addition, FCPS has received the Association of School Business Officials International ("ASBO") Meritorious Budget award for over 10 years, the Government Finance Officers Association of the United States and Canada ("GFOA") Best Practices in School Budgeting award for FY 2025. For the past 30 years FCPS has also received the GFOA Certificate of Achievement for Excellence in Financial Report and the GFOA Award for Outstanding Achievement in Popular Annual Financial Reporting, a prestigious national award recognizing conformance with the highest standards for preparation of state and local government popular

reports, and the ASBO Certificate of Excellence in Financial Reporting for transparency and quality information in preparation of issuance of the school systems annual financial reports.

11. Most recently, on August 13, 2025, FCPS received a notification from VDOE that FCPS will not require onsite monitoring or targeted technical assistance, specific to IDEA fiscal responsibilities due to the divisions level of fiscal risk. In addition, August 18, 2025, FCPS was informed that, after conducting monitoring, VDOE found that FCPS's Title II, Part A program and activities met the requirements under the Elementary and Secondary Education Act of 1965.

12. An FCPS program manager reports that when they logged on to the G5 reimbursement system associated with a federal grant that FCPS receives from DOE, he/she could not submit for reimbursement and is awaiting further instruction from the DOE program team.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2025

/s/ Leigh Burden
Leigh Burden

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| FAIRFAX COUNTY SCHOOL BOARD, *Plaintiff*, v. LINDA McMAHON, in her official capacity as Secretary of Education of the United States, and the UNITED STATES DEPARTMENT OF EDUCATION, *Defendants*. | Civil Action No. 25-cv-01432 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2025, I electronically filed a true and correct copy of **DECLARATION OF LEIGH BURDEN** with the Clerk of Court using the CM/ECF system. A copy of the foregoing will be sent to the following parties:

U.S. Department of Education

Secretary Of Education Linda McMahon

/s/ *Timothy Heaphy*

Timothy Heaphy
WILLKIE FARR & GALLAGHER LLP
1875 K Street Northwest
Washington, District of Columbia 20006-1238
Tel: (202) 303-1068
theaphy@willkie.com
Virginia State Bar I.D. Number: 68912