# EXHIBIT B

| | |
|---|---|
| **From:** | Burke, Bradley |
| **To:** | Heaphy, Timothy; jcafferky@bklawva.com; jstalnaker@bklawva.com; LMarshall@mcguirewoods.com; HSiegmund@mcguirewoods.com |
| **Cc:** | Hemminger, Lindsay; Carroll, Fiona |
| **Subject:** | RE: Letter of Findings - OCR case nos. 11251305; 11251306; 11251307; 11251308; and 11251309 |
| **Date:** | Thursday, July 31, 2025 2:25:07 PM |
| **Attachments:** | image001.png |

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

I received your letter, dated July 29, 2025.

First, your letter incorrectly asserts that "OCR believes the parties have reached an impasse." We have not reached an impasse because your clients have contacted OCR within 10 days of our Letter of Finding and indicated a willingness to negotiate a resolution agreement in these cases. If your clients are, in fact, serious about coming into compliance with Title IX, we are all ears. But we expect to engage in discussions with dispatch. Every day that goes by without a satisfactory resolution agreement is a day that children in the five Northern Virginian school divisions are at risk of grave harm.

Second, your letter incorrectly asserts that OCR's Case Processing Manual (CPM) requires a 90-day period to engage in a resolution agreement negotiation. As a threshold matter, the CPM neither creates rights, nor is it governed by the Administrative Procedure Act. Relevant here, we refer you to CPM Section 303(g), which states that OCR "may end the negotiations period at any time prior to the expiration of the 90-calendar day period when it is clear that agreement will not be reached," including "the recipient's refusal to agree to a key resolution term." Given that your clients have indicated a willingness to negotiate in good faith about coming into compliance with Title IX, we have neither ended negotiations, nor reached an impasse.

Nevertheless, OCR's proposed resolution agreement was intentional and specific about its key resolution terms. And we do not intend to allow recipients who are not serious about coming into compliance with Title IX—including acknowledging that Title IX is a statute only about sex discrimination and that the term "sex" in Title IX refers only to biological sex and not gender identity—to drag out discussions unnecessarily. We are, therefore, asking counsel for each recipient to indicate whether or not your client is willing to consider agreeing to the terms in the draft resolution agreement. We are, of course, open to additional terms, but OCR is firm on these key terms. As a result, we expect a response to this specific inquiry no later than August 15, 2025.

Respectfully,
Brad Burke

Bradley R. Burke
U.S. Department of Education
Office for Civil Rights
Bradley.Burke@ed.gov

---

**From:** Heaphy, Timothy <THeaphy@willkie.com>
**Sent:** Wednesday, July 30, 2025 9:24 AM
**To:** Burke, Bradley <Bradley.Burke@ed.gov>; jcafferky@bklawva.com; jstalnaker@bklawva.com; LMarshall@mcguirewoods.com; HSiegmund@mcguirewoods.com
**Cc:** Hemminger, Lindsay <LHemminger@willkie.com>; Carroll, Fiona <FCarroll@willkie.com>
**Subject:** Re: Letter of Findings - OCR case nos. 11251305; 11251306; 11251307; 11251308; and 11251309

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Brad.

On July 30, 2025 at 9:56:28 AM EDT, Burke, Bradley <Bradley.Burke@ed.gov> wrote:

> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Good morning Mr. Heaphy, and all.
>
> Thank you for reaching out. I'll review your letter and respond shortly.
>
> Respectfully,
>
> Brad Burke
>
> Bradley R. Burke
> U.S. Department of Education
> Office for Civil Rights
> Bradley.Burke@ed.gov

**Timothy J. Heaphy**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1068 | Mobile: +1 804 291 7369
theaphy@willkie.com | vCard | www.willkie.com bio

---

**From:** Heaphy, Timothy <THeaphy@willkie.com>
**Sent:** Tuesday, July 29, 2025 5:28 PM
**To:** Burke, Bradley <Bradley.Burke@ed.gov>; jcafferky@bklawva.com; jstalnaker@bklawva.com; LMarshall@mcguirewoods.com;

HSiegmund@mcguirewoods.com
**Cc:** Hemminger, Lindsay <LHemminger@willkie.com>; Carroll, Fiona <FCarroll@willkie.com>
**Subject:** RE: Letter of Findings - OCR case nos. 11251305; 11251306; 11251307; 11251308; and 11251309

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Mr. Burke,

On behalf of the 5 northern Virginia school districts referenced in the above-referenced OCR investigations, please see the attached letter. We request confidential treatment of this and other communications as the matter proceeds.

Thank you,

Tim Heaphy


**Timothy J. Heaphy**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1068 | Mobile: +1 804 291 7369
theaphy@willkie.com | vCard | www.willkie.com bio

**From:** Burke, Bradley <Bradley.Burke@ed.gov>
**Sent:** Friday, July 25, 2025 11:31 AM
**To:** robert.falconi@acps.k12.va.us; jcafferky@bklawva.com; jstalnaker@bklawva.com; christine.smith@apsva.us; Heaphy, Timothy <THeaphy@willkie.com>; jefoster@fcps.edu; Kennedy, Ellen D <edkennedy@fcps.edu>; Wesley.Allen@lcps.org; LMarshall@mcguirewoods.com; HSiegmund@mcguirewoods.com
**Subject:** Letter of Findings - OCR case nos. 11251305; 11251306; 11251307; 11251308; and 11251309

*** EXTERNAL EMAIL ***

Good morning,

Please see the attached Letter of Findings and draft Resolution Agreements in the above referenced cases.

Respectfully,

Brad Burke

Bradley R. Burke
Regional Director
U.S. Department of Education
Office for Civil Rights

Email: Bradley.Burke@ed.gov



**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.