# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| FAIRFAX COUNTY SCHOOL BOARD, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> LINDA McMAHON, in her official capacity ) <br> as Secretary of Education of the United ) <br> States, and the UNITED STATES ) <br> DEPARTMENT OF EDUCATION, ) <br> ) <br> *Defendants*. ) | Case No. 1:25-cv-01432 (RDA/LRV) |

**PLAINTIFF FAIRFAX COUNTY SCHOOL BOARD'S NOTICE OF APPEAL**

Plaintiff Fairfax County School Board appeals to the United States Court of Appeals for the Fourth Circuit from the Court's order (Dkt. No. 28) denying Plaintiff's Emergency Motion for Preliminary Injunction and/or Temporary Restraining Order (Dkt. No. 2) and dismissing Plaintiff's Complaint (Dkt. No. 1) issued on September 5, 2025.

Dated: September 9, 2025                           Respectfully submitted,


/s/ *Timothy Heaphy*

Timothy Heaphy
WILLKIE FARR & GALLAGHER LLP
1875 K Street Northwest
Washington, District of Columbia 20006-1238
Tel: (202) 303-1000
theaphy@willkie.com
Virginia State Bar I.D. Number: 68912

Joshua Mitchell (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street Northwest
Washington, District of Columbia 20006-1238
Tel: (202) 303-1000
jmitchell@willkie.com
District of Columbia Bar I.D. Number: 1012854

Breanna Smith-Bonsu (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, Illinois 60654-3406
Tel: (312) 728-9000
bsmith-bonsu@willkie.com
Illinois State Bar I.D. Number: 6330468

*Attorneys for Fairfax County School Board*

- 3 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| FAIRFAX COUNTY SCHOOL BOARD, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>LINDA McMAHON, in her official capacity )<br>as Secretary of Education of the United )<br>States, and the UNITED STATES )<br>DEPARTMENT OF EDUCATION, )<br>)<br>*Defendants.* ) | Civil Action No. 1:25-cv-01432 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2025, I electronically filed a true and correct copy of the foregoing memorandum and accompanying documents with the Clerk of Court using the CM/ECF system. A copy of the foregoing will be sent to the following parties:

Matthew J. Mezger
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Matthew.mezger@usdoj.gov

Abhishek Kambli
United States Department of Justice
950 Pennsylvania Avenue Northwest
Washington, D.C. 20530-0001
(202) 445-5496
Abhishek.kambli@usdoj.gov

Garry D. Hartlieb
United States Attorney's Office – Norfolk
101 West Main Street
Suite 8000
Norfolk, Virginia 23510
(757) 441-6331 Garry.hartlieb@usdoj.gov

*Counsel for the U.S. Department of
Education and Secretary Of Education
Linda McMahon*

/s/ *Timothy Heaphy*

Timothy Heaphy
WILLKIE FARR & GALLAGHER LLP
1875 K Street Northwest
Washington, District of Columbia 20006-1238
Tel:  (202) 303-1068
theaphy@willkie.com
Virginia State Bar I.D. Number:  68912

Joshua Mitchell (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street Northwest
Washington, District of Columbia 20006-1238
Tel:  (202) 303-1000
jmitchell@willkie.com
District of Columbia Bar I.D. Number:  1012854

Breanna Smith-Bonsu (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, Illinois 60654-3406
Tel:  (312) 728-9000
bsmith-bonsu@willkie.com
Illinois State Bar I.D. Number:  6330468

*Attorneys for Fairfax County School Board*